UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE DARNELL COX, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY, et al., <br><br> Defednant. | Case No. 2:19-cv-07702-PA (SHK) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that all federal causes of action against the County, Superior Court, and individual Defendants in their official and individual capacities, are dismissed with prejudice; and

. . . .

. . . .

. . . .

. . . .

IT IS ORDERED that the Court declines to exercise supplemental jurisdiction on all of Plaintiff's state law claims against the County, Superior Court and individual Defendants and the claims are dismissed without prejudice.

Dated: November 12, 2019

_____
HONORABLE PERCY ANDERSON
United States District Judge