JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE DARNELL COX,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendant. | Case No. 2:19-cv-07702-PA (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that all federal causes of action against the County, Superior Court, and individual Defendants in their official and individual capacities, are dismissed with prejudice and all of Plaintiff's state law claims against the County, Superior Court and individual Defendants are dismissed without prejudice.

Dated: November 12, 2019

PERCY ANDERSON
United States District Judge